## No. 17,507.

J. W. Duff *v.* George R. McCormack, as Chief
Building Inspector of the City and
County of Denver.

(281 P. [2d] 159)

Decided March 14, 1955.   Rehearing denied April 4, 1955.

Mr. John J. Morrissey, Mr. Charles A. Murdock, for plaintiff in error.

Mr. John C. Banks, Mr. Earl T. Thrasher, for defendant in error.

*En Banc.*

Per Curiam.

Judgment affirmed without written opinion.